THE STATE OF WASHINGTON, *Respondent*, v. LUTHER LEE GOSBY, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 52963, Howard J. Thompson, J., entered April 27, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.